IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN AYALA, § § § <br> Plaintiff, § § <br> v. § <br> § <br> ANTONIO LEDEZMA a/k/a LA § <br> CONSTRUCTION et al., § § <br> Defendants. § § | Civil Action No. 3:13-cv-703-O |

## EXPEDITED BRIEFING ORDER

Before the Court is Plaintiff's Motion for Continuance from Submission of Defendant's Motion for Summary Judgment and from Trial (ECF No. 35), filed March 11, 2014.

The Court denied Defendant Zimmerman Properties Construction, LLC's Motion for Summary Judgment. *See* Order, ECF No. 36. The Court, however, finds that expedited briefing is necessary to resolve this motion in a timely fashion because this case is set for trial on the Court's four-week docket beginning April 28, 2014. *See* L.R. 7.1; *see also* Scheduling Order, ECF No. 7. Accordingly, it is **ORDERED** that responses to this motion are due on or before **March 18, 2014.** It is further **ORDERED** that any reply is due on or before **March 20, 2014.**

**SO ORDERED** on this **13th day** of **March, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE